NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELODIE DePIERRO, | No. 21-16541 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-01481-GMN-VCF |
| v. | |
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO, INC.; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted August 17, 2022[**]

Before:     S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Melodie DePierro appeals from the district court's judgment dismissing her

42 U.S.C. § 1983 action alleging a First Amendment claim arising out of union

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).  DePierro's request for oral argument, set forth in the opening brief, is denied.

membership dues paid to Las Vegas Police Protective Association Metro, Inc. ("union"). We have jurisdiction under 28 U.S.C § 1291. We review de novo a district court's dismissal for failure to state a claim. *Puri v. Khalsa*, 844 F.3d 1152, 1157 (9th Cir. 2017). We affirm.

The district court properly dismissed DePierro's First Amendment claim for retrospective relief because the deduction of union membership dues arose from a private membership agreement between union and employee, and "private dues agreements do not trigger state action and independent constitutional scrutiny." *Belgau v. Inslee*, 975 F.3d 940, 946-49 (9th Cir. 2020), *cert. denied* 141 S. Ct. 2795 (2021) (discussing state action); *see id*. at 950-52 (concluding that the Supreme Court's decision in *Janus v. American Federation of State, County & Municipal Employees, Council 31*, 138 S. Ct. 2448 (2018), did not extend a First Amendment right to avoid supporting the union and paying union dues that were agreed upon under voluntarily entered membership agreements); *Knutson v. Sirius XM Radio Inc.*, 771 F.3d 559, 565 (9th Cir. 2014) (discussing mutual assent).

DePierro's claim for prospective relief is moot. DePierro is no longer a member of the union and defendants stopped deducting union membership dues. *See Bain v. Cal. Teachers Ass'n*, 891 F.3d 1206, 1211-14 (9th Cir. 2018) (explaining that plaintiffs' claims for prospective relief were moot when they resigned their union membership and presented no reasonable likelihood that they

21-16541

would rejoin the union in the future).

**AFFIRMED.**